**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

LONNA HARLESS,

        Plaintiff,

v.                                  CIVIL ACTION NO.   3:13-2557

RUDD EQUIPMENT,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).   The Magistrate Judge has submitted findings of fact and recommended that the Court grant Defendant's motions for dismissal (ECF No. 12, 15), dismiss the complaint, with prejudice, and remove this matter from the docket of the Court.   Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and Court **GRANTS** Defendant's motions for dismissal (ECF No. 12, 15), **DISMISSES** the complaint, **with prejudice**, and **REMOVES** this matter from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                         ENTER:        March 7, 2014

_____
ROBERT C. CHAMBERS, CHIEF JUDGE